UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

MAUREEN SANTINI )
    Plaintiff )
v. )  Case No.     06-1970 GK
)
)  Deck Type:   Administrative
JEFFREY A. TAYLOR, et. al. )                 Agency Review
    Defendants )
_____)

**NOTICE**

RECEIVED
NOV 2 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

    Plaintiff hereby serves notice that she filed a motion to seal documents, under seal, on November 22, 2006.

Respectfully submitted,

*[signature]*

Maureen Santini, pro se
5810 Ipswich Road
Bethesda, MD 20814
301.530.0101

November 27, 2006

## CERTIFICATE OF SERVICE

I certify that I sent the foregoing notice via first class mail on November 27, 2006

to:

Jeffrey A. Taylor
U.S. Attorney
555 4th Street NW
Washington DC 20530

Daniel J. Metcalf
Director, Office of Information and Privacy
Department of Justice
Suite 11050
1425 New York Avenue
Washington DC 20530

Maureen Santini, pro se
5810 Ipswich Road
Bethesda, MD 20814
301.530.0101