UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAUREEN SANTINI, )<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>JEFFREY A. TAYLOR, et al., )<br>)<br>  Defendants. )<br>_____) | Civil Action No. 06-1970 GK |

## PRAECIPE

The Clerk will please enter the appearance of Assistant United States Attorney W. Mark Nebeker as counsel for the Defendants in this action.

Respectfully submitted,

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC 20530
(202) 514-7230

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Praecipe has been made by mailing a copy thereof to:

MAUREEN SANTINI
5810 Ipswich Road
Bethesda, MD 20814

on this 15th day of December, 2006.

_____
W. MARK NEBEKER, DC Bar # 396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230