UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAUREEN SANTINI,                           ) | |
|       Plaintiff,                 ) | |
| v.                                         ) | Civil Action No. 06-1970 GK |
| JEFFREY A. TAYLOR, <u>et al.</u>,          ) | |
|       Defendants.                ) | |
| MAUREEN SANTINI,                           ) | |
|       Plaintiff,                 ) | |
| v.                                         ) | Misc. Action No. 06-179 RMC |
| ANTHONY HERMAN,                            ) | |
|       Defendant,                 ) | |
|     and                                 ) | |
| UNITED STATES OF AMERICA.                  ) | |

NOTICE OF RELATED CASES

Defendants in Civil Action No. 06-1970 GK hereby provide notice that, in Defendants' view, the above cases are related within the meaning of Local Civ. Rule 40.5(a)(4). In both of the above actions, Plaintiff has attempted to enforce a subpoena issued by the Superior Court of the District of Columbia. <u>See</u> Complaint in Civil Action No. 06-1970 GK, ¶ 19; October 17, 2006 Order in Misc. No. 06-179 RMC at 3 ("This Court is without jurisdiction to enforce a Superior Court subpoena against the Federal Government."). Thus, it appears that the two cases are "involving the same parties and relating to the same subject

matter.")  See Local Civ. Rule 40.5(a)(4).

                Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Notice Of Related Cases has been made by mailing a copy thereof to:

MAUREEN SANTINI
5810 Ipswich Road
Bethesda, MD 20814

on this 15th day of December, 2006.

                                                W. MARK NEBEKER
                                                Assistant United States Attorney
                                                555 4th Street, N.W.
                                                Civil Division
                                                Washington, DC  20530
                                                (202) 514-7230