```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

MAUREEN SANTINI,                    )
                                    )
                Plaintiff,          )
      v.                            )   Civil Action No. 06-1970 GK
                                    )
JEFFREY A. TAYLOR, et al.,          )
                                    )
                Defendants.         )
                                    )
```

DEFENDANTS' UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME,
AND MEMORANDUM IN SUPPORT THEREOF

Defendants in the above-captioned case hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time to respond to Plaintiff's Complaint in this action up to and including February 21, 2007. Plaintiff has indicated this date that she does not oppose this motion.

This enlargement of time is sought because the Assistant United States Attorney ("AUSA") assigned primary responsibility in this matter is working with the agency attorneys in the case to complete a dispositive motion in the case. Unfortunately, the need to coordinate with several agency counsel and to secure the required declarations has taken more time than counsel expected. Moreover, counsel has been called upon this week to complete two other substantive filings, to participate in four depositions and to assist an agency in responding to four subpoenas received last week and returnable this week. Counsel's responsibilities in those matters did not, and will not, allow sufficient time to draft the needed dispositive motion in this case by January 26,

2007.

Wherefore, Defendants seek an enlargement of time in this action.  A proposed Order is attached hereto.

                        Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendants' Unopposed Motion For An Enlargement Of Time, And Memorandum In Support Thereof and a proposed Order has been made by mailing copies thereof to:

MAUREEN SANTINI
5810 Ipswitch Rd.
Bethesda, MD  20814

on this 25th day of January, 2007.

W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

MAUREEN SANTINI,                   )
                                   )
               Plaintiff,          )
     v.                            )   Civil Action No. 06-1970 GK
                                   )
JEFFREY A. TAYLOR, et al.,         )
                                   )
               Defendants.         )
_____)
```

ORDER

UPON CONSIDERATION of Defendant's Unopposed Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and the grounds stated therefor, and the entire record herein, it is on this _____ day of _____, 2007, hereby

ORDERED that the said motion should be and hereby is granted; and it is

FURTHER ORDERED that the time by which Defendant may respond to the Complaint in the above action be and is enlarged up to and including February 21, 2007.

_____
UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530

MAUREEN SANTINI
5810 Ipswitch Rd.
Bethesda, MD  20814