```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

MAUREEN SANTINI,                    )
                                    )
                Plaintiff,          )
        v.                          )   Civil Action No. 06-1970 GK
                                    )
JEFFREY A. TAYLOR, et al.,          )
                                    )
                Defendants.         )
                                    )
```

DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME,
AND MEMORANDUM IN SUPPORT THEREOF

Defendants in the above-captioned case hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time to respond to Plaintiff's Complaint in this action up to and including March 14, 2007. Plaintiff has indicated this date that she opposes this motion.

This enlargement of time is sought because the Assistant United States Attorney ("AUSA") assigned primary responsibility in this matter is working with the agency attorneys in the case to complete a dispositive motion in the case. Unfortunately, defendants still must coordinate with employees in Winchester, Virginia, where the office was closed for days due to the recent inclement weather. Those closings delayed counsel from securing some of the information needed in the case. Moreover, insofar as Plaintiff has sought review under the Administrative Procedure Act ("APA") of agency action on her request for information, she only submitted the statement required by 28 C.F.R. § 16.22 on February 14, 2007. Thus, there has not been sufficient time for

the office to act on the request and, of course, to incorporate in a motion the basis for any denial, should her request be denied.  Moreover, counsel has been called upon this week to complete a lengthy reply in an unrelated case, and to participate in depositions yesterday and today; and counsel will be required to devote substantial time this weekend toward completing a dispositive motion in yet another case.  Counsel's responsibilities in those matters did not, and will not, allow sufficient time to draft the needed dispositive motion in this case by February 21, 2007.

    Wherefore, Defendants seek a three-week enlargement of time in this action.  A proposed Order is attached hereto.

                            Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendants' Motion For An Enlargement Of Time, And Memorandum In Support Thereof and a proposed Order has been made by mailing copies thereof to:

MAUREEN SANTINI
5810 Ipswitch Rd.
Bethesda, MD  20814

on this 16th day of February, 2007.

```
_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230
```

```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

MAUREEN SANTINI,            )
                            )
          Plaintiff,        )
     v.                     )   Civil Action No. 06-1970 GK
                            )
JEFFREY A. TAYLOR, et al.,  )
                            )
          Defendants.       )
_____)

ORDER

UPON CONSIDERATION of Defendant's Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and the grounds stated therefor, and the entire record herein, it is on this _____ day of _____, 2007, hereby

ORDERED that the said motion should be and hereby is granted; and it is

FURTHER ORDERED that the time by which Defendant may respond to the Complaint in the above action be and is enlarged up to and including March 14, 2007.

_____
UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530

MAUREEN SANTINI
5810 Ipswitch Rd.
Bethesda, MD  20814