UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

MAUREEN SANTINI )
       Plaintiff )  Civil Action 06-1970 GK
v. )
   ) Deck Type:  Administrative
JEFFREY A. TAYLOR, et. al. )            Agency Review
       Defendants )
_____)

**PLAINTIFF'S OPPOSITION TO MOTION TO ENLARGE TIME**

Plaintiff opposes defendants' request for additional time because they did not show cause as required by Rule 6(b) of the Federal Rules of Civil Procedure and because they requested and received additional time previously with plaintiff's consent.

Plaintiff will address each factor mentioned in the new request for extra time:

(a) Workload: Plaintiff is unaware of any case law or rule that bestows extra time due to workload.

(b) Weather: Bad weather affected the Washington area for only three days.

(c) Affidavit: Plaintiff mailed the affidavit in question from Bethesda, Maryland, on February 6, 2007. In any event, the information in it was amply covered in plaintiff's prior court filings and thus was not a surprise.

None of these reasons rises to the level of "cause" for a three-week extension.

The motion also should be denied because:

1. All told, defendants have had three months to prepare a response.

2. Plaintiff's motion to expedite and file documents under seal (November 22, 2006) explained why time is of the essence. Even so, plaintiff agreed to the first request for additional time. Under the circumstances, a second request is unreasonable.

**RECEIVED**

FEB 2 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff affirms under penalty of perjury that the information above is true and correct to the best of her knowledge.

Respectfully submitted,

*Maureen Santini*

Maureen Santini, pro se
5810 Ipswich Road
Bethesda, MD 20814
301.530.0101

February 17, 2007

2

## CERTIFICATE OF SERVICE

I certify that I mailed a copy of plaintiff's *opposition to the U.S. attorney's motion to enlarge time* on February 17, 2007 to:

W. Mark Nebeker
Assistant U.S. attorney
Civil Division
555 4th Street NW
Washington DC 20530

*Maureen Santini*
Maureen Santini
5810 Ipswich Road
Bethesda, MD 20814
301.530.0101