UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAUREEN SANTINI,

    Plaintiff,

v.                           Civil Action No. 06-1970 (GK)

JEFFREY A. TAYLOR, et al.,

    Defendants.

### O R D E R

This matter is now before the Court upon Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment [Dkt. No. 12]. Plaintiff is proceeding pro se in this matter.

In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a pro se party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Id. at 509.

Accordingly, it is hereby

**ORDERED** that Plaintiff respond to the Motion to Dismiss no later than **April 25, 2007.** If Plaintiff fails to respond, or to request additional time in which to respond, the Court will treat Defendant's Motion as granted and dismiss Plaintiff's Complaint.

March 21, 2007

/s/
Gladys Kessler
U.S. District Judge

**Copies to:** attorneys on record via ECF and

MAUREEN SANTINI
5810 Ipswich Road
Bethesda, MD 20814