United States District Court
For the District of Columbia

MAUREEN SANTINI, )
    Plaintiff )
 )
v. ) Civil Action No. 06-1970 GK
 )
JEFFREY A. Taylor, et al., )
    Defendants )
 )

RECEIVED
APR 1 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNOPPOSED MOTION TO ENLARGE TIME AND MEMORANDUM IN SUPPORT THEREOF

On March 22, 2007, the Court granted Defendants' Unopposed Motion for Leave to File under Seal certain documents and exhibits. The order stipulated that the seal on the documents and exhibits would be lifted after 30 days unless plaintiff moved to continue the seal.

Plaintiff intends to request a continued seal on a very few of the documents at issue. However, plaintiff respectfully requests an enlargement of time until May 14, 2007 to do so. Defendants' counsel, W. Mark Nebeker, agreed to the enlargement when plaintiff contacted him today.

Plaintiff requests this enlargement pursuant to Rule 6(b) of the Federal Rules of Civil Procedure.

This enlargement is sought because plaintiff is in the processing of preparing her response to defendants' motion to dismiss or alternatively for summary judgment. The response is due April 25, 2007. In her response plaintiff will, among other things, seek to strike certain language from defendants' filings. Should the Court strike the language, the sealing issue will become moot.

Therefore, for all the reasons set forth above, plaintiff respectfully requests an enlargement of time until May 14, 2007 to address the issue of continued sealing of documents.

*Maureen Santini*
Maureen Santini
5810 Ipswich Road
Bethesda, MD 20914

April 18, 2007

## CERTIFICATE OF SERVICE

I certify that I mailed a copy of plaintiff's unopposed motion to enlarge time on April 19, 2007 to:

W. Mark Nebeker
Assistant U.S. Attorney
Civil Division
555 4th Street NW
Washington DC 20530

Maureen Santini
5810 Ipswich Road
Bethesda, MD 20814
301.530.0101

3

United States District Court
For the District of Columbia

MAUREEN SANTINI,  )
    Plaintiff )
 )
v. )    Civil Action No. 06-1970 GK
 )
JEFFREY A. Taylor, et al., )
    Defendants )
 )
_____ )

ORDER

Upon consideration of plaintiff's unopposed motion to enlarge time to respond to conditions set forth in defendants' motion for leave to file under seal of March 21, 2007, and memorandum in support thereof, and on the entire record herein, it is this _____ day of April 2007 hereby

ORDERED that plaintiff's motion to enlarge time is hereby granted, and it is

FURTHER ORDERED that plaintiff may respond to said motion until May 14, 2007.

                                                     _____
                                                     UNITED STATES DISTRICT JUDGE

Copies to:

W. Mark Nebeker
Assistant U.S. Attorney
Civil Division
555 4th Street NW
Washington DC 20530

Maureen Santini
5810 Ipswich Road
Bethesda, MD 20814