UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAUREEN SANTINI, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 06-1970 GK |
| ) | |
| JEFFREY A. TAYLOR, <u>et al.</u>, ) | |
| ) | |
| Defendants. ) | |

### UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME, AND MEMORANDUM IN SUPPORT THEREOF

Defendants hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time to reply to Plaintiff's Opposition To Defendants' Motion To Dismiss Or, In The Alternative, For Summary Judgment in this action, up to and including May 22, 2007.  Plaintiff has indicated this date that she does not oppose this motion.

This enlargement of time is sought because, in the five business days since the filing of Plaintiff's Opposition, the Assistant United States Attorney ("AUSA") assigned primary responsibility in this matter has not had sufficient time to complete the needed reply.  Counsel is seeking additional information and has not yet had sufficient time to gather that information given his responsibilities in numerous other cases. For example, in the few days since receiving plaintiff's opposition, counsel has completed four substantive filings, a lengthy set of discovery requests and participated in two depositions.  In addition, counsel must prepare for another

deposition tomorrow.  Counsel's responsibilities in those and other matters did not, and will not, allow sufficient time to draft the needed reply before May 22, 2007.

   Wherefore, Defendants seek an enlargement of time in this action.  A proposed Order is attached hereto.

                              Respectfully submitted,


                              _____
                              JEFFREY A. TAYLOR, DC Bar #498610
                              United States Attorney


                              _____
                              RUDOLPH CONTRERAS, DC Bar #434122
                              Assistant United States Attorney


                              _____
                              W. MARK NEBEKER, DC Bar #396739
                              Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that service of the foregoing Defendants' Motion For An Enlargement Of Time, And Memorandum In Support Thereof and a proposed Order has been made by mailing copies thereof to:

MAUREEN SANTINI
5810 Ipswitch Rd.
Bethesda, MD  20814

on this 7th day of May, 2007.

                                                                W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230