United States District Court for the District of Columbia

| | |
|---|---|
| MAUREEN SANTINI,    )<br>    Plaintiff                 )<br>                               )<br>v.                               )<br>                               )<br>JEFFREY A. Taylor, et al.,    )<br>    Defendants         )<br>                               )<br>_____) | Civil Action No. 06-1970 GK |

PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL AND
TO CONTINUE THE ONGOING SEAL AND MEMORANDUM IN SUPPORT

Pursuant to LCvR 5.1(j), plaintiff hereby moves the Court for leave to permit filing under seal the attached motion to strike pending a ruling on the merits. At the same time, she requests that the documents filed under seal by the defendants continue to be sealed until a resolution on the merits.

Defendants have indicated through counsel, W. Mark Nebeker, that they have no objection to the inclusion of plaintiff's motion to strike among those documents that are accepted for filing under seal pending a ruling on whether to continue the seal. Thus, defendants have not waived the right to challenge whether, ultimately, the motion should stay sealed.

The Court originally accepted defendants' administrative record under seal for 30 days with the stipulation that plaintiff could move to continue the seal after that. On April 19, 2007, the Court granted plaintiff's motion to enlarge time until May 14, 2007.

With the exception of the topic of plaintiff's motion to strike, plaintiff has no objection to ultimately unsealing defendants' documents now that Social Security numbers have been redacted.

RECEIVED
MAY 1 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Accordingly, plaintiff moves the Court to accept the motion to strike under seal and to allow all currently sealed documents to remain sealed until the Court rules on the issue raised in plaintiff's motion to strike.

Respectfully submitted,

*Maureen Santini*
Maureen Santini, pro se
5810 Ipswich Road
Bethesda, MD 20814
301.530.0101

## CERTIFICATE OF SERVICE

I certify that I mailed a copy of the unopposed motion for leave to file under seal and to continue the ongoing seal on May 11, 2007 to:

W. Mark Nebeker
Assistant U.S. Attorney
Civil Division
555 4th Street NW
Washington DC 20530

Maureen Santini
5810 Ipswich Road
Bethesda, MD 20814
301.530.0101

United States District Court for the District of Columbia

| | |
|---|---|
| MAUREEN SANTINI,      )<br>         Plaintiff                    )<br>                                       )<br>v.                                    )<br>                                       )<br>JEFFREY A. Taylor, et al.,  )<br>         Defendants              )<br>                                       )<br>_____)| Civil Action No. 06-1970 GK |

ORDER GRANTING LEAVE TO FILE UNDER SEAL AND TO CONTINUE
THE ONGOING SEAL ON DEFENDANTS' DOCUMENTS

Upon consideration of the unopposed motion for leave to file under seal and to continue the ongoing seal until the Court rules on plaintiff's motion to strike, it is this

_____ day of May 2007 hereby

ORDERED that plaintiff's motion for leave to file under seal plaintiff's motion to strike is hereby granted. It is further

ORDERED that documents previously filed under seal by defendants shall remain under seal until the Court rules on plaintiff's motion to strike.

ORDERED that should the Court grant plaintiff's motion to strike, the motion shall remain sealed.

                                                              _____
                                                                        U.S. District Court Judge

Copies to:

W. Mark Nebeker
Assistant U.S. Attorney                  Maureen Santini
Civil Division                           5810 Ipswich Road
555 4th Street NW            Bethesda, MD 20814
Washington DC 20530

4