```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

MAUREEN SANTINI,                 )
                                 )
               Plaintiff,        )
     v.                          )   Civil Action No. 06-1970 GK
                                 )
JEFFREY A. TAYLOR, et al.,       )
                                 )
               Defendants.       )
                                 )
```

### DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME, AND MEMORANDUM IN SUPPORT THEREOF

Defendants in the above-captioned case hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time to reply to Plaintiff's Opposition To Defendants' Motion To Dismiss Or Alternatively For Summary Judgment and to respond to Plaintiff's Motion To Strike.[1] Defendants ask until June 7, 2007, to file the reply and until June 8, 2007, to file the response to the motion to strike. Plaintiff, although allowed an uncontested period of six weeks to respond to Defendants' dispositive motion, has indicated that she would not consent to an enlargement of time in this matter.

This enlargement of time is sought because the Assistant United States Attorney ("AUSA") assigned primary responsibility in this matter is working with the agency counsel to complete the needed reply and response in the case. Unfortunately, one agency counsel has suffered an accident and was out of the

---

[1] Plaintiff's Motion To Strike was filed under seal and was therefore not available to undersigned counsel until it arrived in the mail.

office for a period of time recovering. Plaintiff has challenged the accuracy of the numbers of records located in a search of the files of the United States Attorney's Office ("USAO"). In order to ensure that the numbers are accurate, counsel intend to compare the documents reflected in the <u>Vaughn</u> Index on file with the original USAO file. Agency counsel's injury, numerous other responsibilities of counsel and counsel's travel plans this week will, however, not permit the necessary document comparison and completion of a reply and response in advance of the first week of June.

Wherefore, Defendants seek an enlargement of time in this action. A proposed Order is attached hereto.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that service of the foregoing Defendants' Motion For An Enlargement Of Time, And Memorandum In Support Thereof and a proposed Order has been made by mailing copies thereof to:

MAUREEN SANTINI
5810 Ipswitch Rd.
Bethesda, MD  20814

on this 21st day of May, 2007.

 

W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

MAUREEN SANTINI,                )
                                )
            Plaintiff,          )
    v.                          )    Civil Action No. 06-1970 GK
                                )
JEFFREY A. TAYLOR, et al.,      )
                                )
            Defendants.         )
_____)

ORDER

UPON CONSIDERATION of Defendants' Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and the grounds stated therefor, and the entire record herein, it is on this _____ day of _____, 2007, hereby

ORDERED that the said motion should be and hereby is granted; and it is

FURTHER ORDERED that the time by which Defendant may reply to Plaintiff's Opposition To Defendants' Motion To Dismiss Or Alternatively For Summary Judgment be and is enlarged up to and including June 7, 2007; and it is

FURTHER ORDERED that the time by which Defendants may respond to Plaintiff's Motion To Strike be and is enlarged up to and including June 8, 2007.

                              _____
                              UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER                    MAUREEN SANTINI
Assistant U.S. Attorney            5810 Ipswitch Rd.
Civil Division                     Bethesda, MD  20814
555 4th Street, N.W.
Washington, DC  20530