```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

MAUREEN SANTINI,                    )
                                    )
                Plaintiff,          )
     v.                             ) Civil Action No. 06-1970 GK
                                    )
JEFFREY A. TAYLOR, et al.,          )
                                    )
                Defendants.         )
_____)
```

### DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME, AND MEMORANDUM IN SUPPORT THEREOF

Defendants in the above-captioned case hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time to reply to Plaintiff's Opposition To Defendants' Motion To Dismiss Or Alternatively For Summary Judgment and to respond to Plaintiff's Motion To Strike[1] up to and including June 15, 2007. Plaintiff, although allowed an uncontested period of six weeks to respond to Defendants' dispositive motion, has indicated that she would not consent to any enlargement of time in this matter.

This enlargement of time is sought because the Assistant United States Attorney ("AUSA") assigned primary responsibility in this matter will be away from the office on Thursday, June 7, 2007, to attend a funeral at which he will be a pallbearer. Counsel's responsibilities in several other matters, including assistance he was called upon to provide to assist in resolving a

---

[1] Plaintiff's Motion To Strike was filed under seal and was therefore not available to undersigned counsel until it arrived in the mail.

Bar Counsel matter this date, and the need to gather some additional information from agency counsel in this case, will not permit the completion of the needed filings before June 15, 2007.

Wherefore, Defendants seek an enlargement of time in this action.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendants' Motion For An Enlargement Of Time, And Memorandum In Support Thereof will be made by mailing a copy thereof to:

MAUREEN SANTINI
5810 Ipswitch Rd.
Bethesda, MD  20814

on this 6th day of June, 2007.

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAUREEN SANTINI,                    )
                                    )
            Plaintiff,              )
    v.                              ) Civil Action No. 06-1970 GK
                                    )
JEFFREY A. TAYLOR, et al.,          )
                                    )
            Defendants.             )
_____)

ORDER

UPON CONSIDERATION of Defendants' Motion For An Enlargement, And Memorandum In Support Thereof, and the grounds stated therefor, and the entire record herein, it is on this _____ day of _____, 2006, hereby

ORDERED that the said motion should be and hereby is granted; and it is

FURTHER ORDERED that the time by which Defendants may file a reply to Plaintiff's Opposition To Defendants' Motion To Dismiss Or Alternatively For Summary Judgment and a response to Plaintiff's Motion To Strike be and is hereby enlarged up to and including June 15, 2007.

_____
UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER                     MAUREEN SANTINI
Assistant U.S. Attorney             5810 Ipswitch Rd.
Civil Division                      Bethesda, MD 20814
555 4th Street, N.W.
Washington, DC  20530