```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

MAUREEN SANTINI,              )
                              )
           Plaintiff,         )
     v.                       )   Civil Action No. 06-1970 GK
                              )
JEFFREY A. TAYLOR, et al.,    )
                              )
           Defendants.        )
                              )

### DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME, AND MEMORANDUM IN SUPPORT THEREOF

Defendants in the above-captioned case hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time to respond to Plaintiff's Motion To Strike as recently supplemented.[1] Defendants ask until June 22, 2007, to file a response to the motion to strike. Plaintiff has indicated in the past that she will oppose further motions for enlargement of time in this matter.

This enlargement of time is sought because the Assistant United States Attorney ("AUSA") assigned primary responsibility in this matter was preparing his reply in this case today when he received in the mail Plaintiff's Supplemental Memorandum filed under seal on June 8, 2007. Counsel intends to address Plaintiff's original motion and this supplemental memorandum in a single response, but has not had sufficient time to address both,

---

[1] Plaintiff's supplement to the motion to strike, like the original motion, was filed under seal and was therefore not available to undersigned counsel until it arrived in the mail earlier today (June 15, 2007).

having only received the latter document this morning. Counsel must also complete three other filings this date in unrelated cases.

Wherefore, Defendants seek an enlargement of time to and including June 22, 2007, to oppose Plaintiff's motion to strike. A proposed Order is attached hereto.

                    Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that service of the foregoing Defendants' Motion For An Enlargement Of Time, And Memorandum In Support Thereof and a proposed Order has been made by mailing copies thereof to:

MAUREEN SANTINI  
5810 Ipswitch Rd.  
Bethesda, MD  20814

on this 15th day of June, 2007.

 

W. MARK NEBEKER, DC Bar #396739  
Assistant United States Attorney  
Civil Division  
555 4th Street, N.W.  
Washington, DC  20530  
(202) 514-7230

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

MAUREEN SANTINI,                  )
                                  )
               Plaintiff,         )
      v.                          )   Civil Action No. 06-1970 GK
                                  )
JEFFREY A. TAYLOR, et al.,        )
                                  )
               Defendants.        )
_____)
```

ORDER

UPON CONSIDERATION of Defendants' Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and the grounds stated therefor, and the entire record herein, it is on this _____ day of _____, 2007, hereby

ORDERED that the said motion should be and hereby is granted; and it is

FURTHER ORDERED that the time by which Defendant may respond to Plaintiff's Motion To Strike, as supplemented, be and is enlarged up to and including June 22, 2007.

```
                              _____
                              UNITED STATES DISTRICT JUDGE
```

| | |
|---|---|
| W. MARK NEBEKER | MAUREEN SANTINI |
| Assistant U.S. Attorney | 5810 Ipswitch Rd. |
| Civil Division | Bethesda, MD  20814 |
| 555 4th Street, N.W. | |
| Washington, DC  20530 | |