```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA

MAUREEN SANTINI,                     )
                                     )
               Plaintiff,            )
     v.                              )   Civil Action No. 06-1970 GK
                                     )
JEFFREY A. TAYLOR, et al.,           )
                                     )
               Defendants.           )
                                     )
```

DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL,
AND MEMORANDUM IN SUPPORT THEREOF

  Defendants hereby request that the Court permit the filing of the attached Opposition To Plaintiff's Motion To Strike, under seal pending further briefing.  Plaintiff has indicated in the past that she supports the filing of related documents under seal.

  This request is made because Plaintiff has indicated a desire to seal some or all of the information relied upon by Defendant in the accompanying filing.  Defendants do not believe that the material should be retained under seal indefinitely, but out of deference to Plaintiff and to allow her an opportunity to explain why the material should be maintained under seal, Defendants proffer the document under seal on a temporary basis,

pending a final ruling by the Court on Plaintiff's request to maintain the seal.  A proposed Order accompanies this motion.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendants' Motion For Leave To File Under Seal and the accompanying opposition has been made by mailing copies thereof to:

MAUREEN SANTINI
5810 Ipswitch Rd.
Bethesda, MD  20814

on this 22nd day of June, 2007.

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230

MAUREEN SANTINI v. JEFFREY A. TAYLOR, et al.,
Civil Action No. 06-1970 GK

Document Filed Under Seal

```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
```

MAUREEN SANTINI,               )
                               )
              Plaintiff,       )
     v.                        )   Civil Action No. 06-1970 GK
                               )
JEFFREY A. TAYLOR, et al.,     )
                               )
              Defendants.      )
_____)

                              ORDER

UPON CONSIDERATION of Defendants' Motion For Leave To File Under Seal, And Memorandum In Support Thereof, and the grounds stated therefor, and the entire record herein, it is on this

_____ day of _____, 2007, hereby

ORDERED that Defendant's Motion For Leave To File Under Seal should be and hereby is granted; and it is

FURTHER ORDERED that the Defendants' Opposition To Plaintiff's Motion To Strike shall be accepted for filing under seal; and it is

FURTHER ORDERED that the document shall be maintained under seal and not available to the general public for a period of 30 days, whereupon the seal shall be lifted and the documents deemed to have been filed on the public record, provided however, that if Plaintiff shall file a motion to continue or modify the seal

before the passage of that 30-day period, the seal shall remain in place until resolution of the motion filed by the plaintiff.

_____
UNITED STATES DISTRICT JUDGE

copies to :

W. MARK NEBEKER
Assistant U.S. Attorney
555 4th Street, N.W.
Civil Division
Washington, DC  20530

MAUREEN SANTINI
5810 Ipswitch Rd.
Bethesda, MD  20814