United States District Court for the District of Columbia

MAUREEN SANTINI,  )
    Plaintiff  )
      )
v.  )  Civil Action No. 06-1970 GK
      )
JEFFREY A. Taylor, et al.,  )
    Defendants  )
      )
_____ )

## MOTION FOR LEAVE TO FILE UNDER SEAL
## AND MEMORANDUM IN SUPPORT THEREOF

Plaintiff hereby requests that the Court permit filing under seal of the attached response to defendants' opposition to plaintiff's motion to strike. This is in accord with previous filings by both parties on the issue of plaintiff's motion to strike, all of which have been filed under seal.

Plaintiff consents to defendants' motion to file under seal their opposition to plaintiff's motion to strike but disagrees emphatically with the language in their draft order specifying that the information is only sealed for 30 days unless plaintiff takes further action. Defendants, presumably, do not know when the Court will rule and it is unnecessary and inefficient to require plaintiff to take still further action to keep the documents sealed until the Court rules.

Furthermore, should the Court rule in plaintiff's favor, no further action would be necessary since the offensive language would be stricken from the record. That presumably means all filings pertaining to the issue would either be sealed permanently or withdrawn.

**RECEIVED**

JUN 2 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Therefore, plaintiff respectfully requests the Court to attach no time limit to the sealing orders since the issue will be decided by the Court.

*Maureen Santini*
Maureen Santini, pro se
5810 Ipswich Road
Bethesda, MD 20814
301.530.0101

June 26, 2007

## CERTIFICATE OF SERVICE

I certify that I mailed a copy of plaintiff's motion to file under seal her response to defendants' opposition to her motion to strike on June 26, 2007 to:

W. Mark Nebeker
Assistant U.S. Attorney
Civil Division
555 4th Street NW
Washington DC 20530

*Maureen Santini*
Maureen Santini, pro se
5810 Ipswich Road
Bethesda, MD 20814
301.530.0101

3

United States District Court For the District of Columbia

| | |
|---|---|
| MAUREEN SANTINI,<br>    Plaintiff<br><br>v.<br><br>JEFFREY A. Taylor, et al.,<br>    Defendants | Civil Action No. 06-1970 GK |

Order

Upon consideration of plaintiff's motion for leave to file under seal the response to defendants' opposition to plaintiff's motion to dismiss, and the entire record, it is this \_\_\_\_ day of _____ 2007:

ORDERED that plaintiff's motion is granted;

ORDERED that plaintiff's response to defendants' opposition to plaintiff's motion to strike shall be filed under seal.

FURTHER ORDERED that all filings pertaining to plaintiff's motion to seal by all parties shall remain under seal unless the Court rescinds the sealing in a future order.

                                              Gladys Kessler<br>                                              U.S. District Court Judge

Copies to:
W. Mark Nebeker
Assistant U.S. Attorney
Civil Division
555 4th Street NW
Washington DC 20530

                                        Maureen Santini
                                        5810 Ipswich Road
                                        Bethesda, MD 20814