United States District Court For the District of Columbia

MAUREEN SANTINI, )
    Plaintiff )
 )
v. )    Civil Action No. 06-1970 GK
 )
JEFFREY A. Taylor, et al., )
    Defendants )
 )
_____)

Order

Upon consideration of plaintiff's motion for leave to file under seal the response to defendants' opposition to plaintiff's motion to dismiss, and the entire record, it is this 29th day of June 2007:

ORDERED that plaintiff's motion is granted;

ORDERED that plaintiff's response to defendants' opposition to plaintiff's motion to strike shall be filed under seal.

FURTHER ORDERED that all filings pertaining to plaintiff's motion to seal by all parties shall remain under seal unless the Court rescinds the sealing in a future order.

Gladys Kessler
U.S. District Court Judge

Copies to:
W. Mark Nebeker
Assistant U.S. Attorney
Civil Division
555 4th Street NW
Washington DC 20530

Maureen Santini
5810 Ipswich Road
Bethesda, MD 20814

4