United States District Court for the District of Columbia

| | |
|---|---|
| MAUREEN SANTINI,         )<br>    Plaintiff         )<br>                          )<br>v.                        )<br>                          )<br>JEFFREY A. Taylor, et al., )<br>    Defendants         )<br>                          )<br>_____) | Civil Action No. 06-1970 GK |

### MOTION FOR LEAVE TO AMEND DRAFT ORDER ACCOMPANYING PLAINTIFF'S MOTION TO FILE UNDER SEAL AND MEMORANDUM IN SUPPORT THEREOF

Plaintiff hereby moves for leave to file an amended draft order to correct erroneous wording in the draft order that accompanied her motion for leave to file documents under seal of June 26, 2007.

The draft order that plaintiff submitted with the motion states, "FURTHER ORDERED that all filings pertaining to plaintiff's motion to **seal** by all parties shall remain under seal unless the Court rescinds the sealing in a future order."

The correct language should be: "FURTHER ORDERED that all filings pertaining to plaintiff's motion to **strike** by all parties shall remain under seal unless the Court rescinds the sealing in a future order."

Plaintiff hereby requests leave to substitute the amended order attached to this motion for the order previously submitted.

June 28, 2007

**RECEIVED**
JUL 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Maureen Santini, pro se
5810 Ipswich Road
Bethesda, MD 20814
301.530.0101

## CERTIFICATE OF SERVICE

I certify that I mailed a copy of plaintiff's motion to amend draft order on June 28, 2007 to:

W. Mark Nebeker
Assistant U.S. Attorney
Civil Division
555 4th Street NW
Washington DC 20530

*Maureen Santini*
Maureen Santini, pro se
5810 Ipswich Road
Bethesda, MD 20814
301.530.0101

United States District Court For the District of Columbia

| | |
|---|---|
| MAUREEN SANTINI, )<br>　　　Plaintiff )<br>　　　　　　　　　　　　　　)<br>v. )　　　Civil Action No. 06-1970 GK<br>　　　　　　　　　　　　　　)<br>JEFFREY A. Taylor, et al., )<br>　　　Defendants ) | |

Amended Order

Upon consideration of plaintiff's motion for leave to file under seal the response to defendants' opposition to plaintiff's motion to dismiss, and the entire record, it is this

_____ day of _____ 2007:

ORDERED that plaintiff's motion is granted;

ORDERED that plaintiff's response to defendants' opposition to plaintiff's motion to strike shall be filed under seal.

FURTHER ORDERED that all filings pertaining to plaintiff's motion to **strike** by all parties shall remain under seal unless the Court rescinds the sealing in a future order.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Gladys Kessler
　　　　　　　　　　　　　　　　　　U.S. District Court Judge

Copies to:
W. Mark Nebeker
Assistant U.S. Attorney
Civil Division
555 4th Street NW
Washington DC 20530

　　　　　　　　　　　　　　　　　　Maureen Santini
　　　　　　　　　　　　　　　　　　5810 Ipswich Road
　　　　　　　　　　　　　　　　　　Bethesda, MD 20814