UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAUREEN SANTINI,

    Plaintiff,

v.   Civil Action No. 06-1970 (GK)

JEFFREY A. TAYLOR, et al.,

    Defendants.

## O R D E R

This matter is now before the Court upon Defendant's Suggestion of Mootness [Dkt. No. 32], filed on January 16, 2008. According to Defendant, Plaintiff's APA claim seeks to challenge whether the Department of Justice properly resolved Plaintiff's request that the agency comply with a subpoena issued in her civil case in the Superior Court of the District of Columbia. As Plaintiff's Superior Court civil case was dismissed on January 7, 2008, Defendant alleges that Plaintiff's claims are now moot, as discovery is no longer available in that action.

Accordingly, it is hereby

**ORDERED** that Plaintiff shall show cause no later than **February 18, 2008**, why its Complaint should not be dismissed as moot in light of the January 7, 2008 dismissal of its D.C. Superior Court action. If Plaintiff fails to respond, or to request additional time in which to respond, the Court will dismiss Plaintiff's Complaint and case.

January 18, 2008

/s/
Gladys Kessler
U.S. District Judge

**Copies to:** attorneys on record via ECF and

MAUREEN SANTINI
5810 Ipswich Road
Bethesda, MD 20814