United States District Court for the District of Columbia

| | |
|---|---|
| MAUREEN SANTINI,<br>  Plaintiff )<br>)<br>)<br>v. )<br>)<br>JEFFREY A. Taylor, et al., )<br>  Defendants )<br>)<br>_____ ) | Civil Action No. 06-1970 GK |

OPPOSITION TO DEFENDANTS' "SUGGESTION OF MOOTNESS"
AND RESPONSE TO REQUEST TO SHOW CAUSE WHY
CASE SHOULD NOT BE DISMISSED

On January 16, 2008, defendants filed a one-paragraph document titled "Suggestion of Mootness" based on the dismissal of a D.C. Superior Court case. Shortly afterward, the Court requested that plaintiff show cause why this case should not be dismissed.

This case stands on its own merits and does not depend on any other for legitimacy. Dismissal of the D.C. Superior Court case – which is being appealed – is irrelevant to the main issues in this case.

This case was filed under the Freedom of Information Act and the Administrative Procedure Act. (Complaint at 1.) Plaintiff sought information under the Freedom of Information Act and Privacy Act in 2004-2005. (Complaint at 2, No. 9.)

The Executive Office of United States Attorneys withheld several pages of records based on various claimed exemptions. (Complaint at 3, No. 11.) Plaintiff filed an administrative appeal to obtain the withheld documents but was denied. (Complaint at 3, Nos. 12-14.)

Having exhausted her administrative remedies (Complaint at 4, No. 17), plaintiff filed this case on November 17, 2006, alleging that the withholding of records was arbitrary and capricious. This issue is currently pending before this court.

Plaintiff also mentioned in the complaint that the U.S. District Court had quashed her prior request to subpoena documents and testimony from the U.S. attorney's office for lack of jurisdiction. The previous Court stated that litigants must proceed under APA when an agency has valid *Touhy* regulations. (Complaint at 3, Nos. 15-16.) Plaintiff incorporated the subpoena matter into the instant case but it is only one among several issues.

In her opposition to defendants' motion to dismiss at 1 plaintiff listed the pending issues as: (1) the adequacy of the defendants' searches for records, (2) the number of documents at issue, (3) the Vaughn Index exemptions claimed by EOUSA, (4) the petition for deposition testimony, and (5) the request for grand jury testimony.

Because the complaint demonstrates that the issues are far wider than the subpoena matter, defendants' "suggestion of mootness" is inapplicable.

Based on the complaint and the issues outlined on page 1 of plaintiff's opposition to motion to dismiss or alternatively for summary judgment, filed April 25, 2007, plaintiff therefore does request that this case continue until a decision is reached on its merits.

*Maureen Santini*
Maureen Santini, pro se
5810 Ipswich Road
Bethesda, MD 20814
301.530.0101

## CERTIFICATE OF SERVICE

I certify that on February 4, 2008, I mailed a copy of plaintiff's opposition to defendants' suggestion of mootness and response to request to show cause why the case should not be dismissed to:

W. Mark Nebeker
Assistant U.S. Attorney
Civil Division
555 4th Street NW
Washington DC 20530

Maureen Santini, pro se
5810 Ipswich Road
Bethesda, MD 20814
301.530.0101

4