UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MAUREEN SANTINI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1970 (GK) |
| ) | |
| JEFFREY A. TAYLOR, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

Plaintiff Maureen Santini, proceeding pro se, brings this action against Jeffrey A. Taylor, United States Attorney, and Daniel J. Metcalf, Director of the Department of Justice's Office of Information at Privacy[1] alleging violations of the Freedom of Information Act, 5 U.S.C. § 552 and the Administrative Procedure Act, 5 U.S.C. §§ 701-706. This matter is before the Court on Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment [**Dkt. No. 12**]. Upon consideration of the Motion, Opposition, Reply, and the entire record herein, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby,

**ORDERED** that the Defendant's Motion to Dismiss is **granted**, and this case is **dismissed with prejudice.**

---

[1] Both Defendants are sued only in their official capacity.

    Plaintiff may refile the complaint naming the proper party as a defendant.

    This is a final appealable Order.  <u>See</u> Fed. R. App. P. 4(a).

|  |  |
|---|---|
| May 27, 2008 | /s/<br>Gladys Kessler<br>United States District Judge |

**Copies to: Attorneys of record via ECF and**

**Maureen Santini**
**5810 Ipswitch Rd.**
**Bethesda, MD 20814**